JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 13-3755-MWF (Ex) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| MARVIN E. DURROW, AKA MARVIN EUGENE DURROW, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Marvin E. Durrow, aka Marvin Eugene Durrow, in the principal amount of $2,696.26 plus interest accrued to May 20, 2013, in the sum of $6,040.88; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $40.00, for a total amount of **$8,777.14**.

DATED: August 29, 2013     By _____
                              Michael W. Fitzgerald
                              United States District Judge